RECEIVED
IN MONROE, LA.
FEB 2 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SHANNON MORRIS | CIVIL ACTION NO. 11-1770 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE FARM FIRE & CASUALTY INSURANCE CO | MAG. JUDGE JAMES D. KIRK |

## RULING

Pending before the Court is a Motion for Summary Judgment [Doc. No. 51] filed by Third Party Defendant Quicken Loans, Inc. ("Quicken"). Quicken moves the Court for summary judgment on the claims against it by Defendant and Third Party Plaintiff State Farm Fire & Casualty Insurance Co. ("State Farm"). Quicken provides affidavits and other evidence to show that it divested its interest in a note executed by Plaintiff Shannon Morris and the mortgage on Plaintiff's property on February 19, 2010. Quicken "does not claim any interest" in the note or mortgage and thus contends that it is not an indispensable party to this action.

State Farm has filed a Response to Quicken's Motion for Summary Judgment [Doc. No. 56]. Based on the evidence presented and because Quicken does not "claim any mortgage or other interest" in Plaintiff's property, State Farm consents to the granting of Quicken's Motion for Summary Judgment and the dismissal of Quicken from this case

Under Federal Rule of Civil Procedure 56, summary judgment "should be rendered if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." FED. R. CIV. P. 56(c)(2). Since Quicken has provided appropriate evidence to support its

contention that it has no interest in Plaintiff's property and since State Farm, the only party asserting a claim against Quicken, agrees that Quicken's dismissal is appropriate, the Court will grant Quicken's Motion for Summary Judgment and dismiss all claims against it.

MONROE, LOUISIANA, this 21st day of February, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT COURT